# EXHIBIT 2

**From:** Porter, Andrew
**Sent:** Monday, 16 March 2026 20:28:37
**To:** Kinkead, Darren <Darren.Kinkead@ilag.gov>; Fruchter, Marcus <Marcus.Fruchter@illinois.gov>; Gerber, Daniel <Daniel.Gerber@illinois.gov>; Shorr, Rebecca L. <Rebecca.Shorr@Illinois.gov>; Miller, Joe <Joe.Miller@illinois.gov>; Smith, Jared <Jared.Smith@illinois.gov>; Rees, Doug <Richard.Rees@ilag.gov>
**Cc:** Sterling, Josh <jsterling@milbank.com>; Havemann, Will <whavemann@milbank.com>; Mainland, Grant <GMainland@milbank.com>; Grewal, Gurbir <ggrewal@milbank.com>; Garcia, Kelly <KGarcia@milbank.com>; Valente, Nicole <nvalente@milbank.com>
**Subject:** RE: Kalshi

Darren,

Thank you.  We accept your proposal.  To confirm our agreement:

(i)      The Illinois Attorney General and the Illinois Gaming Board will agree to refrain from taking enforcement action against Kalshi or any of its affiliates or employees while Coinbase's motion for preliminary injunction is pending before Judge Pacold in *Coinbase Financial Markets, Inc. v. Raoul*, No. 25 C 15406 (N.D. Ill.) (the "Coinbase PI Motion");

(ii)     Subsequent to resolution of the Coinbase PI Motion the Illinois Attorney General and the Illinois Gaming Board will provide notice prior to initiating any enforcement action;

(iii)    Kalshi will refrain from filing its contemplated complaint until after the resolution of the Coinbase PI Motion.

Best,

Andrew

Andrew Porter | Milbank | Partner
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5361
APorter@milbank.com | milbank.com

---

**From:** Kinkead, Darren <Darren.Kinkead@ilag.gov>
**Sent:** Thursday, March 12, 2026 1:02 PM
**To:** Porter, Andrew <APorter@milbank.com>; Fruchter, Marcus <Marcus.Fruchter@illinois.gov>; Gerber, Daniel <Daniel.Gerber@illinois.gov>; Shorr, Rebecca L. <Rebecca.Shorr@Illinois.gov>; Miller, Joe <Joe.Miller@illinois.gov>; Smith, Jared <Jared.Smith@illinois.gov>; Rees, Doug <Richard.Rees@ilag.gov>
**Cc:** Sterling, Josh <jsterling@milbank.com>; Havemann, Will <whavemann@milbank.com>; Mainland, Grant <GMainland@milbank.com>; Grewal, Gurbir <ggrewal@milbank.com>; Garcia, Kelly <KGarcia@milbank.com>; Valente, Nicole <nvalente@milbank.com>
**Subject:** [EXT] RE: Kalshi

Andrew,

We would continue to agree to provide notice before taking enforcement action against Kalshi.

Thanks, Darren

---

**From:** Porter, Andrew <APorter@milbank.com>
**Sent:** Thursday, March 12, 2026 11:08 AM
**To:** Kinkead, Darren <Darren.Kinkead@ilag.gov>; Fruchter, Marcus <Marcus.Fruchter@illinois.gov>; Gerber, Daniel

<Daniel.Gerber@illinois.gov>; Shorr, Rebecca L. <Rebecca.Shorr@Illinois.gov>; Miller, Joe <Joe.Miller@illinois.gov>; Smith, Jared <Jared.Smith@illinois.gov>; Rees, Doug <Richard.Rees@ilag.gov>
**Cc:** Sterling, Josh <jsterling@milbank.com>; Havemann, Will <whavemann@milbank.com>; Mainland, Grant <GMainland@milbank.com>; Grewal, Gurbir <ggrewal@milbank.com>; Garcia, Kelly <KGarcia@milbank.com>; Valente, Nicole <nvalente@milbank.com>
**Subject:** EXTERNAL: RE: Kalshi

Darren,

Thank you.  To clarify one thing about your proposal, will you continue to agree to notify us before taking any action against Kalshi?  In the event Illinois does decide to initiate an enforcement action following a decision in Coinbase, we would appreciate an opportunity to confer with the state before it does so.

Thanks,
Andrew

Andrew Porter | Milbank | Partner
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5361
APorter@milbank.com | milbank.com

**From:** Kinkead, Darren <Darren.Kinkead@ilag.gov>
**Sent:** Wednesday, March 11, 2026 6:02 PM
**To:** Porter, Andrew <APorter@milbank.com>; Fruchter, Marcus <Marcus.Fruchter@illinois.gov>; Gerber, Daniel <Daniel.Gerber@illinois.gov>; Shorr, Rebecca L. <Rebecca.Shorr@Illinois.gov>; Miller, Joe <Joe.Miller@illinois.gov>; Smith, Jared <Jared.Smith@illinois.gov>; Rees, Doug <Richard.Rees@ilag.gov>
**Cc:** Sterling, Josh <jsterling@milbank.com>; Havemann, Will <whavemann@milbank.com>; Mainland, Grant <GMainland@milbank.com>; Grewal, Gurbir <ggrewal@milbank.com>; Garcia, Kelly <KGarcia@milbank.com>; Valente, Nicole <nvalente@milbank.com>
**Subject:** [EXT] RE: Kalshi

Andrew,

Thanks for your email. We are likewise mindful of avoiding burdening the courts with unnecessary litigation. Therefore, in exchange for Kalshi's agreement not to file its contemplated complaint, we are willing to extend to Kalshi the same agreement that we previously reached with Coinbase, as memorialized in paragraph 4 of the *Joint Status Report and Proposed Briefing Schedule* that the parties in the *Coinbase* litigation filed on December 29, 2025, and which I have attached to this email: the Illinois Attorney General and the Illinois Gaming Board would agree to refrain from taking enforcement action against Kalshi or any of its affiliates or employees while Coinbase's motion for preliminary injunction is pending before Judge Pacold in *Coinbase Financial Markets, Inc. v. Raoul*, No. 25 C 15406 (N.D. Ill.).

I am happy to discuss if it would be helpful.

Thanks, Darren

Darren Kinkead
Office of the Illinois Attorney General
115 South LaSalle Street
Chicago, IL 60603
(773) 590-6967

Darren.Kinkead@ilag.gov

---

**From:** Porter, Andrew <APorter@milbank.com>
**Sent:** Wednesday, March 11, 2026 2:26 PM
**To:** Fruchter, Marcus <Marcus.Fruchter@illinois.gov>; Gerber, Daniel <Daniel.Gerber@illinois.gov>; Shorr, Rebecca L. <Rebecca.Shorr@Illinois.gov>; Miller, Joe <Joe.Miller@illinois.gov>; Smith, Jared <Jared.Smith@illinois.gov>; dionne.hayden@illinois.gov; Kinkead, Darren <Darren.Kinkead@ilag.gov>; Rees, Doug <Richard.Rees@ilag.gov>
**Cc:** Sterling, Josh <jsterling@milbank.com>; Havemann, Will <whavemann@milbank.com>; Mainland, Grant <GMainland@milbank.com>; Grewal, Gurbir <ggrewal@milbank.com>; Garcia, Kelly <KGarcia@milbank.com>; Valente, Nicole <nvalente@milbank.com>
**Subject:** EXTERNAL: RE: Kalshi

All,

I am an attorney for KalshiEX, LLC ("Kalshi"). Last summer Kalshi and the IGB had productive conversations during which the IGB provided assurances it would not pursue an enforcement action against Kalshi without providing prior notice, as reflected in the chain below. We appreciated that constructive dialogue and the assurances provided, and are reaching out in the spirit of those exchanges.

We are aware that in December 2025 Coinbase filed a suit against AG Raoul and members of the IGB in the United States District Court for the Northern District of Illinois. *Coinbase Fin. Mkts., Inc. v. Raoul*, No. 1:25-cv-15406 (N.D. Ill. Feb. 24, 2026) ("*Coinbase*"). In the course of the *Coinbase* suit, defendants have made statements that have made Kalshi concerned that either the state or the IGB may be considering an imminent enforcement action against Kalshi, including that "what Kalshi is doing violates Illinois law." *Coinbase* Dkt. No. 53 at 94. As such, Kalshi has prepared a complaint seeking permanent and preliminary injunctive relief seeking to prevent the enforcement of preempted Illinois law.

However, we are always mindful of avoiding burdening the courts with unnecessary litigation. The issues presented in *Coinbase* will likely have direct application to the complaint Kalshi is prepared to file, and we expect that either Coinbase or the Defendants will appeal any ruling on Coinbase's pending motion for a preliminary injunction. We therefore wanted to see if the state and IGB are amenable to entering into an agreement through which they would agree not to initiate an enforcement proceeding against Kalshi until after the Seventh Circuit issues a final decision in an appeal of the forthcoming preliminary injunction decision in the *Coinbase* litigation. If that proposal is acceptable Kalshi would likewise agree not to file its contemplated complaint until resolution of the anticipated *Coinbase* appeal.

Since Kalshi has significant concerns about an imminent enforcement action, it will have no choice but to file its complaint unless it receives written assurances of non-enforcement by ***12:00 pm central time on May 12, 2026***. Given the urgency, we are available at any time convenient today or this evening to discuss further, if helpful. In addition to our prior interactions with Illinois, we have had productive conversations with a number of other states in similar circumstances, and welcome the chance to speak with an appropriate representative. We are happy to arrange a call. You can also reach me directly at 212-530-5361.

As I stated at the start of this email, Kalshi appreciates its productive engagement with the IGB to date, and is hopeful the parties can reach a mutually agreeable resolution.

Regards,
Andrew

Andrew Porter | Milbank | Partner
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5361
APorter@milbank.com | milbank.com

**From:** Havemann, Will <whavemann@milbank.com>
**Sent:** Wednesday, May 21, 2025 5:26 PM
**To:** Fruchter, Marcus <Marcus.Fruchter@illinois.gov>; Grewal, Gurbir <ggrewal@milbank.com>; Hollenberg, Victor <vhollenberg@milbank.com>; Gerber, Daniel <Daniel.Gerber@illinois.gov>; Shorr, Rebecca L. <Rebecca.Shorr@Illinois.gov>; Miller, Joe <Joe.Miller@illinois.gov>; Smith, Jared <Jared.Smith@illinois.gov>
**Cc:** Sterling, Josh <jsterling@milbank.com>; McKenna, Rob <rmckenna@orrick.com>; Abramowitz, Regina <RAbramowitz@milbank.com>
**Subject:** RE: Kalshi

Administrator Fruchter:

Thank you for speaking with us on Monday. We appreciate both the IGB's willingness to engage in an ongoing dialogue with us and your assurance that the IGB will refrain from pursuing any enforcement action against Kalshi until after we reconnect in mid-June.

As discussed, if your position changes, you will inform us before taking any action against Kalshi. In the meantime, we will keep you informed of any material developments in Kalshi's litigation matters and look forward to speaking again next month.

Best,
Will

Will Havemann | Milbank | Partner
1850 K Street, NW, Suite 1100 | Washington D.C. 20006
T: +1 202.835.7518
whavemann@milbank.com | milbank.com

**From:** Fruchter, Marcus <Marcus.Fruchter@illinois.gov>
**Sent:** Thursday, May 15, 2025 12:30 PM
**To:** Grewal, Gurbir <ggrewal@milbank.com>; Havemann, Will <whavemann@milbank.com>; Hollenberg, Victor <vhollenberg@milbank.com>; Gerber, Daniel <Daniel.Gerber@illinois.gov>; Shorr, Rebecca L. <Rebecca.Shorr@Illinois.gov>; Miller, Joe <Joe.Miller@illinois.gov>; Smith, Jared <Jared.Smith@illinois.gov>
**Cc:** Sterling, Josh <jsterling@milbank.com>; McKenna, Rob <rmckenna@orrick.com>; Abramowitz, Regina <RAbramowitz@milbank.com>
**Subject:** [EXT] RE: Kalshi

Perfect, thank you.

**From:** Grewal, Gurbir <ggrewal@milbank.com>
**Sent:** Thursday, May 15, 2025 11:21 AM
**To:** Fruchter, Marcus <Marcus.Fruchter@illinois.gov>; Havemann, Will <whavemann@milbank.com>; Hollenberg, Victor <vhollenberg@milbank.com>; Gerber, Daniel <Daniel.Gerber@illinois.gov>; Shorr, Rebecca L. <Rebecca.Shorr@Illinois.gov>; Miller, Joe <Joe.Miller@illinois.gov>; Smith, Jared <Jared.Smith@illinois.gov>
**Cc:** Sterling, Josh <jsterling@milbank.com>; McKenna, Rob <rmckenna@orrick.com>; Abramowitz, Regina <RAbramowitz@milbank.com>
**Subject:** [External] RE: Kalshi

Why don't we go with Monday at 2:30 p.m. CT. We'll send a link.

My best,

Gurbir

Gurbir S. Grewal | Milbank | Partner
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5775
ggrewal@milbank.com | milbank.com

---

**From:** Fruchter, Marcus <Marcus.Fruchter@illinois.gov>
**Sent:** Thursday, May 15, 2025 8:45 AM
**To:** Grewal, Gurbir <ggrewal@milbank.com>; Havemann, Will <whavemann@milbank.com>; Hollenberg, Victor <vhollenberg@milbank.com>; Gerber, Daniel <Daniel.Gerber@illinois.gov>; Shorr, Rebecca L. <Rebecca.Shorr@Illinois.gov>; Miller, Joe <Joe.Miller@illinois.gov>; Smith, Jared <Jared.Smith@illinois.gov>
**Cc:** Sterling, Josh <jsterling@milbank.com>; McKenna, Rob <rmckenna@orrick.com>
**Subject:** [EXT] RE: Kalshi

Thank you for reaching out.

This week is challenging schedule-wise for us. What is your availability Monday between 11:30am-1pm (CT) or at 2:30pm CT? Could also do Tuesday between 1:30pm-3:30pm (CT).

And yes, we agree to maintain the status quo while we collectively work to schedule an agreeable time to meet.

Kind regards,

Marcus


**Marcus D. Fruchter**
**Administrator**
**Illinois Gaming Board**
**(312) 814-4645 (Direct) | Marcus.Fruchter@Illinois.gov**
**www.igb.illinois.gov**

---

**From:** Grewal, Gurbir <ggrewal@milbank.com>
**Sent:** Wednesday, May 14, 2025 10:17 AM
**To:** Havemann, Will <whavemann@milbank.com>; Hollenberg, Victor <vhollenberg@milbank.com>; Gerber, Daniel <Daniel.Gerber@illinois.gov>; Fruchter, Marcus <Marcus.Fruchter@illinois.gov>; Shorr, Rebecca L. <Rebecca.Shorr@Illinois.gov>; Miller, Joe <Joe.Miller@illinois.gov>; Smith, Jared <Jared.Smith@illinois.gov>
**Cc:** Sterling, Josh <jsterling@milbank.com>; McKenna, Rob <rmckenna@orrick.com>
**Subject:** [External] RE: Kalshi

Administrator Fruchter and IGB team,

We were hoping to find time today or tomorrow to update you on the status of pending litigation and to discuss preserving the status quo in Illinois for an additional period of time. Please let us know your availability today and tomorrow, or alternatively if you are amenable to preserving the status quo for an additional period of time to allow us to find an agreeable time to meet.

My best,

Gurbir

Gurbir S. Grewal | Milbank | Partner
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5775
ggrewal@milbank.com | milbank.com


**From:** Havemann, Will <whavemann@milbank.com>
**Sent:** Tuesday, April 29, 2025 2:17 PM
**To:** Hollenberg, Victor <vhollenberg@milbank.com>; Gerber, Daniel <Daniel.Gerber@illinois.gov>; Fruchter, Marcus <Marcus.Fruchter@illinois.gov>; Shorr, Rebecca L. <Rebecca.Shorr@Illinois.gov>; Miller, Joe <Joe.Miller@illinois.gov>; Smith, Jared <Jared.Smith@illinois.gov>
**Cc:** Sterling, Josh <jsterling@milbank.com>; Grewal, Gurbir <ggrewal@milbank.com>; McKenna, Rob <rmckenna@orrick.com>
**Subject:** RE: Kalshi

Administrator Fruchter and IGB team,

When we last spoke, you kindly agreed to preserve the status quo with respect to Kalshi at least until a status conference in the Nevada litigation scheduled for April 30. That status conference has now been rescheduled for May 15, per the attached order. Given this rescheduling, we hope you will agree to extend your agreement to preserve the status quo at least until May 15. We'd appreciate it if you could let us know by tomorrow if you're able to agree.

In addition, as you may have seen, Judge Kiel in the District of New Jersey yesterday issued an order granting Kalshi's request for a preliminary injunction against enforcement of state gaming laws in New Jersey. The order is attached.

We'd be happy to set up a time to speak with you this afternoon or tomorrow about the developments in Nevada and New Jersey if that would be useful. Just let us know.

Thank you,
Will

Will Havemann | Milbank | Partner
1850 K Street, NW, Suite 1100 | Washington D.C. 20006
T: +1 202.835.7518
whavemann@milbank.com | milbank.com


**From:** Hollenberg, Victor <vhollenberg@milbank.com>
**Sent:** Thursday, April 24, 2025 12:19 PM
**To:** Gerber, Daniel <Daniel.Gerber@illinois.gov>; Fruchter, Marcus <Marcus.Fruchter@illinois.gov>; Shorr, Rebecca L. <Rebecca.Shorr@Illinois.gov>; Miller, Joe <Joe.Miller@illinois.gov>; Smith, Jared <Jared.Smith@illinois.gov>
**Cc:** Havemann, Will <whavemann@milbank.com>; Sterling, Josh <jsterling@milbank.com>; Grewal, Gurbir <ggrewal@milbank.com>; McKenna, Rob <rmckenna@orrick.com>
**Subject:** RE: Kalshi

Administrator Fruchter and IGB team:

As promised during our last call, attached please find the following briefing from Kalshi's litigation in the U.S. District Courts for the District of Nevada, the District of New Jersey, and the District of Maryland:

- **Nevada**: Defendants' Motion to Dismiss (filed 4/23/25)

- **New Jersey**: Defendants' Response (filed 4/18/25); Plaintiff's Reply (filed 4/23/25)

- **Maryland**: Complaint and Motion for TRO/PI (filed 4/21/25); Joint Stipulation (filed 4/24/25)

Best,

Victor

Victor Hollenberg | Milbank | Associate
55 Hudson Yards | New York, NY 10001-2163
T: +1 212.530.5842
vhollenberg@milbank.com | milbank.com

---

**From:** Havemann, Will <whavemann@milbank.com>
**Sent:** Wednesday, April 16, 2025 1:34 PM
**To:** Gerber, Daniel <Daniel.Gerber@illinois.gov>; Fruchter, Marcus <Marcus.Fruchter@illinois.gov>; Shorr, Rebecca L. <Rebecca.Shorr@Illinois.gov>; Miller, Joe <Joe.Miller@illinois.gov>; Smith, Jared <Jared.Smith@illinois.gov>
**Cc:** Sterling, Josh <jsterling@milbank.com>; Grewal, Gurbir <ggrewal@milbank.com>; Hollenberg, Victor <vhollenberg@milbank.com>; McKenna, Rob <rmckenna@orrick.com>
**Subject:** RE: Kalshi

Thank you very much Dan.

Will

---

**From:** Gerber, Daniel <Daniel.Gerber@illinois.gov>
**Sent:** Wednesday, April 16, 2025 10:46 AM
**To:** Havemann, Will <whavemann@milbank.com>; Fruchter, Marcus <Marcus.Fruchter@illinois.gov>; Shorr, Rebecca L. <Rebecca.Shorr@Illinois.gov>; Miller, Joe <Joe.Miller@illinois.gov>; Smith, Jared <Jared.Smith@illinois.gov>
**Cc:** Sterling, Josh <jsterling@milbank.com>; Grewal, Gurbir <ggrewal@milbank.com>; Hollenberg, Victor <vhollenberg@milbank.com>; McKenna, Rob <rmckenna@orrick.com>
**Subject:** [EXT] RE: Kalshi

Will,

We similarly appreciate the productive discussions we've had with your time and your willingness to provide the filings from the cases in both Nevada and New Jersey.

Your summary below aligns with our understanding as well.

Thanks
-Dan

---

**From:** Havemann, Will <whavemann@milbank.com>
**Sent:** Friday, April 11, 2025 1:42 PM
**To:** Fruchter, Marcus <Marcus.Fruchter@illinois.gov>; Shorr, Rebecca L. <Rebecca.Shorr@Illinois.gov>; Gerber, Daniel

<Daniel.Gerber@illinois.gov>; Miller, Joe <Joe.Miller@illinois.gov>; Smith, Jared <Jared.Smith@illinois.gov>
**Cc:** Sterling, Josh <jsterling@milbank.com>; Grewal, Gurbir <ggrewal@milbank.com>; Hollenberg, Victor <vhollenberg@milbank.com>; McKenna, Rob <rmckenna@orrick.com>
**Subject:** [External] Kalshi

Administrator Fruchter and team,

Thank you for meeting with us this afternoon and for the productive conversation. As discussed, I'm memorializing here my understanding of our agreement.

We understand that the Illinois authorities agree to preserve the status quo and not initiate any civil or criminal enforcement against Kalshi at least until the April 30 status conference that Chief Judge Gordon has scheduled in the Nevada litigation. After the status conference, we will be back in touch to discuss how best to proceed. We further understand that you will not commence any proceedings against Kalshi without first providing reasonable notice. In the meantime, we are happy to send you the upcoming filings in the New Jersey litigation and update you on the timing of any proceedings there.

Assuming this comports with your understanding, this arrangement would avoid the need for any parallel emergency proceedings related to Illinois.

Thanks again,
Will

Will Havemann | Milbank | Partner
1850 K Street, NW, Suite 1100 | Washington D.C. 20006
T: +1 202.835.7518
whavemann@milbank.com | milbank.com

===================================== IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor. ===================================== This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.

===================================== IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or

matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor.
======================================= This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.
======================================= IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor.
======================================= This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.
======================================= IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor.
======================================= This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.
======================================= IRS Circular 230 Disclosure: U.S. federal tax advice in the foregoing message from Milbank LLP is not intended or written to be, and cannot be used, by any person for the purpose of avoiding tax penalties that may be imposed regarding the transactions or matters addressed. Some of that advice may have been written to support the promotion or marketing of the transactions or matters addressed within the meaning of IRS Circular 230, in which case you should seek advice based on your particular circumstances from an independent tax advisor.
======================================= This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.