

# United States District Court
# Northern District of Illinois

In the Matter of

KalshiEX LLC

District Judge John F. Kness

v.                                    Case No. 26-CV-7363

Kwame Raoul et al

Designated Magistrate Judge
Gabriel Fuentes

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
### FOR A REASSIGNMENT

I request the Executive Committee that the above captioned case be reassigned by lot to another judge of this Court. The reasons for my request are indicated on the bottom of this form.

_____

**Judge Elaine E. Bucklo**

Date: Wednesday, June 24, 2026

---

- 28:294(b) I transfer this case to the Executive Committee for reassignment to another judge pursuant to the provisions of 28 USC 294(b). The receiving judge will receive equalization credit.

Dated:Wednesday, June 24, 2026

District Reassignment - By Lot

EXCEPTIONS OR ADDITIONS:

District Reassignment - By Lot