# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |
|---|---|
| KALSHIEX LLC, | |
| Plaintiff, | |
| v. | Case No. 1:26-cv-07363 |
| KWAME RAOUL, in his official capacity as Attorney General of Illinois; JB PRITZKER, the Governor of Illinois in his official capacity; DIONNE R. HAYDEN, in her official capacity as Chairperson of the Illinois Gaming Board; SEAN BRANNON, in his official capacity as Member of the Illinois Gaming Board; STEPHEN R. FERRARA, in his official capacity as Member of the Illinois Gaming Board; CALEB J. MELAMED, in his official capacity as Member of the Illinois Gaming Board; and MARCUS D. FRUCHTER, in his official capacity as Administrator of the Illinois Gaming Board, | Judge John F. Kness |
| Defendants. | |

## JUNE 29, 2026 JOINT STATUS REPORT

The Parties submit the following Status Report in response to this Court's Order of June 26, 2026.

1. On June 26, 2026, the Court entered an order (Doc. 21) which provided in part as follows:

> *In advance of the hearing, counsel for both sides must confer, meaningfully and preferably in person, on the following topics: whether, given that at least two other apparently−related actions (see Dkt. 2 in this case) are pending before Judge Pacold, the present action should be reassigned to the calendar of Judge Pacold (see, e.g., Ewing v. Carrier, 35 F.4th 592, 594 (7th Cir. 2022)); and second, whether, in view of the alleged imminent and irreparable harm Plaintiff states will flow from the pertinent statutory scheme becoming effective, agreement between the parties to preserve the status quo (i.e., delaying enforcement of the provisions Plaintiff refers to as "SB 3019" or "any related state gambling laws," see Dkt. 19−1 at 5)) can be reached without the need for court−ordered injunctive relief in this case.*

2.      The parties have conferred and agree that the present action, *KalshiEX LLC v. Raoul et al.*, No. 1:26-cv-07363, is related to both *United States and CFTC v. Illinois et al.*, No. 1:26-cv-03659 and *Coinbase Financial Markets, Inc. v. Raoul et al.*, No. 1:25-cv-15406 and should be reassigned to Judge Pacold.

3.      Additionally, Defendants have agreed to continue to refrain from taking enforcement action against KalshiEX LLC ("Kalshi"), or any of its affiliates or employees, under (i) the Sports Wagering Act, 230 ILCS 45/art. 25[1], or (ii) Illinois criminal laws relating to gambling, while Kalshi's Emergency Opposed Motion for a Temporary Restraining Order and Preliminary Injunction (ECF No. 19) (the "Preliminary Injunction Motion") is pending.

4.      As such, Kalshi respectfully withdraws the request for a temporary restraining order in its Preliminary Injunction Motion.

Respectfully Submitted this 29th Day of June, 2026.

/s/ *Thadford A. Felton*
Thadford A. Felton (IL ARDC No. 6224896)
tfelton@ubglaw.com
Susan Meyer (IL ARDC No. 6226450)
smeyer@ubglaw.com
**UB GREENSFELDER LLP**
200 West Madison | Suite 3300
Chicago, IL 60606
Telephone: 312-658-6500

and

Neal Kumar Katyal (*pro hac vice* forthcoming)
Joshua B. Sterling (*pro hac vice* forthcoming)
Colleen E. Roh Sinzdak (*pro hac vice* forthcoming)
William E. Havemann (*pro hac vice* forthcoming)
Anastasia Pastan (*pro hac vice* forthcoming)

/s/ *Darren Kinkead*
Darren Kinkead
Office of the Illinois Attorney General
115 South LaSalle Street
Chicago, IL 60603
Darren.Kinkead@ilag.gov
Telephone: 773-590-6967

*Attorney for Defendants*

---

[1] Including as modified by Article 130 of Senate Bill 3019 (now Public Act 104-468).

**MILBANK LLP**
1101 New York Avenue NW
Washington, DC 20005
Telephone: 202-835-7500
Facsimile: 202-263-7586

Jed M. Schwartz (*pro hac vice* forthcoming)
Grant R. Mainland (*pro hac vice*
forthcoming)
Andrew L. Porter (*pro hac vice* forthcoming)
Matthew J. Laroche (*pro hac vice*
forthcoming)
Katherine Kelly Fell (*pro hac vice*
forthcoming)
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
Telephone: 212-530-5000
Facsimile: 212-530-5219

*Attorneys for Plaintiff KalshiEX LLC*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, hereby certifies that on June 29, 2026, a true and correct copy of the foregoing document was filed using the Court's CM/ECF system, which will automatically notify and serve all parties of record by electronic mail. Furthermore, a copy of the foregoing document was sent via email to the recipient below on June 29, 2026.

Darren Kinkead
Office of the Illinois Attorney General
115 South LaSalle Street
Chicago, IL 60603
(773) 590-6967
Darren.Kinkead@ilag.gov

/s/ Thadford A. Felton
Thadford A. Felton
