**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

KalshiEX LLC

Plaintiff,

v.

Case No.: 1:26−cv−07363
Honorable Martha M. Pacold

Kwame Raoul, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 30, 2026:

MINUTE entry before the Honorable Martha M. Pacold: On review of the joint status report [61] and the proposed preliminary injunction submitted to the proposed order box, and for the reasons in the memorandum opinion and order [60] and status report [61], the motion for preliminary injunction [19] is granted. The proposed preliminary injunction is adopted. Enter preliminary injunction. By 11/12/26, the parties should file a joint status report proposing next steps. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.