**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

COINBASE FINANCIAL MARKETS, INC.,

Plaintiff,

v.

KWAME RAOUL, in his official capacity as Attorney General of Illinois, et al.,

Defendants.

---

UNITED STATES OF AMERICA; et al.,

Plaintiffs, and

COALITION FOR FAIR MARKETS; NORTH AMERICAN DERIVATIVES EXCHANGE, INC., d/b/a OG,

Intervenor Plaintiffs,

v.

STATE OF ILLINOIS; et al.,

Defendants.

---

KALSHIEX LLC,

Plaintiff,

v.

KWAME RAOUL, in his official capacity as Attorney General of Illinois, et al.,

Defendants.

---

Case Nos. 1:25-cv-15406; 1:26-cv-03659; 1:26-cv-07363

Hon. Martha M. Pacold

**PRELIMINARY INJUNCTION**

Defendants, as well as their successors, agents, and employees, are hereby preliminarily enjoined from enforcing 230 ILCS 45/art. 25, *et seq*., 720 ILCS 5/28-1(a), 230 ILCS 10/18(a)(1), and 11 Ill. Admin. Code 1900.1210(a), as related to the trading of swaps, including sports event contracts, listed on or available through Designated Contract Markets and Futures Commission Merchants regulated by the Commodity Futures Trading Commission, including by enforcing licensing requirements, associated fees, taxes, and related criminal provisions, or by engaging in any criminal or civil enforcement actions, subpoena process, or other compulsory investigative process.

Dated: October 30, 2026

By: /s/ Martha M. Pacold
Judge Martha M. Pacold